UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MOORE, CHRISTIAN P | § | Case No. 06-06671 ABG |
| MOORE, MARYBETH | § § § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/18/2011 in Courtroom 613,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/18/2011         By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOORE, CHRISTIAN P | § | Case No. 06-06671 ABG |
| MOORE, MARYBETH | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 30,010.02 |
| and approved disbursements of | $ | 11,225.30 |
| leaving a balance on hand of[1] | $ | 18,784.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 3,751.00 | $ 0.00 | $ 3,751.00 |
| Trustee Expenses: Frances Gecker | $ 12.96 | $ 0.00 | $ 12.96 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 9,880.50 | $ 0.00 | $ 9,880.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 3.76 | $ 0.00 | $ 3.76 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,324.00 | $ 0.00 | $ 1,324.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14.00 | $ 0.00 | $ 14.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 21.41 | $ 21.41 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Dan Nickel | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Dan Nickel | $ 1,006.00 | $ 1,006.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 14,986.22

Remaining Balance $ 3,798.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,859.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA | $ 13,821.88 | $ 0.00 | $ 1,758.33 |
| 000002 | Discover Bank/DFS Service LLC | $ 4,712.63 | $ 0.00 | $ 599.51 |
| 000003 | Chase Bank USA NA | $ 8,519.67 | $ 0.00 | $ 1,083.82 |
| 000004 | American Express Centurion Bank | $ 2,805.12 | $ 0.00 | $ 356.84 |

Total to be paid to timely general unsecured creditors $ 3,798.50

Remaining Balance $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                               Case No. 06-06671-ABG
Christian P Moore                                                    Chapter 7
Marybeth Moore
          Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams               Page 1 of 1                  Date Rcvd: Apr 20, 2011
                              Form ID: pdf006               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db/jdb        +Christian P Moore,    Marybeth Moore,    2035 W. 17th Street,   Chicago, IL 60608-1814
aty           +Daniel J Nickel,    Daniel J. Nickel & Associates. P.C.,   One N. LaSalle,   Suite 4400,
                Chicago, IL 60602-4010
aty           +Leonard S. Becker,    Leonard Becker, Attorney at Law,   312 North May,   #100,
                Chicago, IL 60607-1237
aty           +William G Cross,    Frank/Gecker LLP,   325 N. LaSalle St., Suite 625,   Chicago, IL 60654-6465
aty           +Zane L Zielinski,    Frank/Gecker LLP,   325 N. LaSalle,  Suite 625,   Chicago, IL 60654-6465
10769641       ACSI College Loan Corporation,    POB 7051,   Manchester, NY 14504
10769642     +++American Express Centurion Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                Malvern, PA 19355-0701
10769643      +Chase,   POB 15153,    Wilmington, DE 19886-5153
12889087       Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
10769645      +Chase Home Finance LLC,    POB 260161,   Baton Rouge, LA 70826-0161
10769646      +Citi Cards,   POB 688909,    Des Moines, IA 50368-8909
10769648      +First American Bank,    POB 7983,   Elk Grove Village, IL 60009-7983
10769649      +Home Depot Credit Services,    Processing Center,   Des Moines, IA 50364-0001
10769650      +Leonard S. Becker,    312 N. May #100,   Chicago, IL 60607-1237
10769651      +State Farm Bank,    POB 3299,   Milwaukee, WI 53201-3299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: csmith@fgllp.com Apr 20 2011 22:37:52     Frances Gecker,   325 North LaSalle Street,
                Suite 625,   Chicago, IL 60654-6465
10769647       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2011 23:58:04     Discover,   POB 15192,
                Wilmington, DE 19850
12891459       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2011 23:58:04     Discover Bank/DFS Service LLC,
                PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Frances Gecker,    325 North LaSalle Street,   Suite 625,  Chicago, IL 60654-6465
13048648*     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10769644*    +Chase,   POB 15153,    Wilmington, DE 19886-5153
                                                                                         TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**           **Signature:** *Joseph Speetjens*