UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOORE, CHRISTIAN P | § | Case No. 06-06671 |
| MOORE, MARYBETH | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Frances Gecker_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| DAN NICKEL | | | | | |
| DAN NICKEL | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACSI College Loan Corporation | | | | | |
| | Citi Cards | | | | | |
| | Home Depot Credit Services | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CHASE BANK USA NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA NA | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICE LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 06-06671  Doc 42  Filed 08/15/11  Entered 08/15/11 09:57:40  Desc Main
Document      Page 7 of 17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No.: | 06-06671 ABG Judge: A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | Date Filed (f) or Converted (c): | 06/08/06 (f) |
| | MOORE, MARYBETH | 341(a) Meeting Date: | 07/07/06 |
| For Period Ending: | 07/19/11 | Claims Bar Date: | 02/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate  2035 W. 17th Street, Chicago, IL  Debtor Claimed Exemption | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH | 30.00 | 30.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT  Debtor Claimed Exemption | 6,500.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT  Savings Account - Chase | 100.00 | 100.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES | 10.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT PLANS  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. LITIGATION | 0.00 | 7,500.00 | | 7,500.00 | FA |

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 16.02b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 06-06671 | ABG | Judge: A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | | Date Filed (f) or Converted (c): | 06/08/06 (f) |
| | MOORE, MARYBETH | | | 341(a) Meeting Date: | 07/07/06 |
| | | | | Claims Bar Date: | 02/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Claims against home remodeler for fraud and breach of contract (State Court Litigation). | | | | | |
| 11. CONTINGENT CLAIMS  Chapter 13 Claim in Thomas Frenkel's bankruptcy case. | 0.00 | 22,500.00 | | 22,500.00 | FA |
| 12. VEHICLES  2004 Rav 4.  Debtor Claimed Exemption | 16,000.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $295,340.00 | $31,130.00 | | $30,010.02 | Gross Value of Remaining Assets  $0.00  (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12    Current Projected Date of Final Report (TFR): 02/15/11

          /s/    Frances Gecker
_____ Date: 07/19/11
          FRANCES GECKER

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-06671 -ABG | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | Bank Name: | BANK OF AMERICA |
|  | MOORE, MARYBETH | Account Number / CD #: | *******5201 MONEY MARKET |
| Taxpayer ID No: | *******2048 |  |  |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/11/08 | 10 | NATIONAL CITY BANK<br>Remitter: Thomas Frenkel | Settlement of Litigation | 1149-000 | 3,500.00 |  | 3,500.00 |
| 09/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.23 |  | 3,500.23 |
| 10/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.34 |  | 3,500.57 |
| 11/13/08 | 10 | Thomas Frenkel<br>National City Bank<br>Certified Check |  | 1149-000 | 4,000.00 |  | 7,500.57 |
| 11/28/08 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.44 |  | 7,501.01 |
| 12/31/08 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 |  | 7,501.39 |
| 01/20/09 | 11 | Office of the Chapter 13 Trustee<br>Marilyn O. Marshall<br>224 S. Michigan Ave., Suite 800<br>Chicago, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 4,085.88 |  | 11,587.27 |
| 01/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 |  | 11,587.34 |
| 02/24/09 | 001000 | DANIEL J. NICKEL<br>Daniel J. Nickel & Associates, P.C.<br>10 S. LaSalle Street, Suite 3300<br>Chicago, Illinois 60603 | Fees and Expenses - Order 2/23/09<br><br>Fees           3,861.96 |  <br><br>3210-000 |  | 4,867.96 | 6,719.38 |

Page Subtotals            11,587.34        4,867.96

Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-06671 -ABG | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | Account Number / CD #: | *******5201 MONEY MARKET |
| Taxpayer ID No: | *******2048 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses      1,006.00 | 3220-000 | | | |
| 02/27/09 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 6,719.47 |
| 03/31/09 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,719.53 |
| 04/20/09 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL 224 S. MICHIGAN AVE., SUITE 800 CHICAGO, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 3,100.97 | | 9,820.50 |
| 04/30/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 9,820.67 |
| 05/29/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,820.91 |
| 06/23/09 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL 224 S. MICHIGAN AVE., SUITE 800 CHICAGO, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 2,325.72 | | 12,146.63 |
| 06/30/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 12,146.89 |
| 07/20/09 | 001001 | DANIEL J. NICKEL Daniel J. Nickel & Associates, P.C. 10 S. LaSalle Street, Suite 3300 Chicago, Illinois 60603 | Fees pursuant to Order 2/23/09 | 3210-000 | | 1,808.90 | 10,337.99 |
| 07/31/09 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.31 | | 10,338.30 |

Page Subtotals      5,427.82      1,808.90

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5201 MONEY MARKET |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/09 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 775.24 | | 11,113.54 |
| 08/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,113.83 |
| 09/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.27 | | 11,114.10 |
| 10/19/09 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 780.36 | | 11,894.46 |
| 10/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,894.74 |
| 11/30/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,895.04 |
| 12/28/09 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL 60604 | Frenkel Chapter 13 Claim | 1149-000 | 3,000.91 | | 14,895.95 |
| 12/31/09 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 14,896.26 |
| 01/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.38 | | 14,896.64 |
| 02/08/10 | 001002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420 | Blanket Bond Payment | 2300-000 | | 12.89 | 14,883.75 |

Page Subtotals 4,558.34 12.89

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06671 -ABG | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P / MOORE, MARYBETH | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5201  MONEY MARKET |
| Taxpayer ID No: | *******2048 | | |
| For Period Ending: | 07/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street<br>New Orleans, LA  70139 | | | | | |
| 02/26/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 14,884.09 |
| 03/22/10 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL  60604 | Frenkel Chapter 13 Claim | 1149-000 | 1,680.52 | | 16,564.61 |
| 03/26/10 | 001003 | DANIEL J. NICKEL<br>Daniel J. Nickel & Associates, P.C.<br>10 S. LaSalle Street, Suite 3300<br>Chicago, Illinois  60603 | Fees pursuant to Order 2/23/09 | 3210-000 | | 2,079.01 | 14,485.60 |
| 03/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 14,485.99 |
| 04/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 14,486.36 |
| 05/24/10 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL  60604 | Frenkel Chapter 13 Claim | 1149-000 | 2,100.64 | | 16,587.00 |
| 05/28/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 16,587.38 |
| 06/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,587.79 |
| 07/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 16,588.21 |

Page Subtotals        3,783.47        2,079.01

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5201  MONEY MARKET |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/23/10 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL  60604 | Frenkel Chapter 13 Claim | 1149-000 | 1,840.99 | | 18,429.20 |
| 08/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 18,429.64 |
| 09/20/10 | 11 | OFFICE OF THE CHAPTER 13 TRUSTEE<br>MARILYN O. MARSHALL<br>224 S. MICHIGAN AVE., SUITE 800<br>CHICAGO, IL  60604 | Frenkel Chapter 13 Claim | 1149-000 | 2,808.77 | | 21,238.41 |
| 09/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.47 | | 21,238.88 |
| 10/26/10 | 001004 | DANIEL J. NICKEL<br>Daniel J. Nickel & Associates, P.C.<br>10 S. LaSalle Street, Suite 3300<br>Chicago,  Illinois  60603 | Fees pursuant to Order 2/23/09 | 3210-000 | | 2,250.13 | 18,988.75 |
| 10/29/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.54 | | 18,989.29 |
| 11/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 18,989.78 |
| 12/06/10 | 001005 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL  62794-9030 | 35-6792048  Taxes due | 2820-000 | | 185.00 | 18,804.78 |
| 12/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,805.26 |

Page Subtotals          4,652.18          2,435.13

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5201 MONEY MARKET |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.48 | | 18,805.74 |
| 02/08/11 | 001006 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 21.41 | 18,784.33 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,784.47 |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,784.63 |
| 04/18/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 18,784.72 |
| 04/18/11 | | Transfer to Acct #*******5281 | Final Posting Transfer | 9999-000 | | 18,784.72 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,010.02 | 30,010.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 18,784.72 | |
| Subtotal | 30,010.02 | 11,225.30 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,010.02 | 11,225.30 | |

Page Subtotals 0.87 18,806.13

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5281  GENERAL CHECKING |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/11 | | Transfer from Acct #*******5201 | Transfer In From MMA Account | 9999-000 | 18,784.72 | | 18,784.72 |
| 05/26/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 3,751.00 | 15,033.72 |
| 05/26/11 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Expenses | 2200-000 | | 12.96 | 15,020.76 |
| 05/26/11 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Claim 000006, Payment 100%<br><br>Fees          9,880.50<br>Expenses         3.76 | <br><br>3110-000<br>3120-000 | | 9,884.26 | 5,136.50 |
| 05/26/11 | 001003 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603<br><br>Fees          1,324.00<br>Expenses       14.00 | Claim 000007, Payment 100%<br><br><br><br><br><br> | <br><br><br><br>3410-000<br>3420-000 | | 1,338.00 | 3,798.50 |
| 05/26/11 | 001004 | Chase Bank USA NA | Claim 000001, Payment 13% | 7100-000 | | 1,758.33 | 2,040.17 |

Page Subtotals  18,784.72  16,744.55

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 8

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5281  GENERAL CHECKING |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 15145 Wilmington, DE 19850-5145 | | | | | |
| 05/26/11 | 001005 | Discover Bank/DFS Service LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 13% | 7100-000 | | 599.51 | 1,440.66 |
| 05/26/11 | 001006 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 13% | 7100-000 | | 1,083.82 | 356.84 |
| 05/26/11 | 001007 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000004, Payment 13% | 7100-000 | | 356.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,784.72 | 18,784.72 | 0.00 |
| Less:  Bank Transfers/CD's | 18,784.72 | 0.00 | |
| Subtotal | 0.00 | 18,784.72 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 18,784.72 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5201 | 30,010.02 | 11,225.30 | 0.00 |
| GENERAL CHECKING - ********5281 | 0.00 | 18,784.72 | 0.00 |
| | 30,010.02 | 30,010.02 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          0.00          2,040.17

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page: 9

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2

| Case No: | 06-06671 -ABG | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MOORE, CHRISTIAN P | | Bank Name: | BANK OF AMERICA |
| | MOORE, MARYBETH | | Account Number / CD #: | *******5281 GENERAL CHECKING |
| Taxpayer ID No: | *******2048 | | | |
| For Period Ending: | 07/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********5201 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********5281 | | | | |

Frances Gecker, Trustee

Trustee's Signature: __/s/ Frances Gecker_____  Date: _____
FRANCES GECKER

Page Subtotals  0.00  0.00

Ver: 16.02b